898 F.2d 142
 Perez (Abad)
v.
Cucci (Anthony), City of Jersey City, Cunningham (Glen),
Vasquez (Jamie), Jersey City Police Department, Adams
(Walter), Fritz (John), Victor (Frank), Lieutenant Healy,
Jersey City Police Officers Benevolent Association, Lopez
(Benjamin), Lorenzo (Frank), Perez (Juan)
 NOS. 89-5699, 89-5722 and 89-5749
 United States Court of Appeals,
Third Circuit.
 FEB 23, 1990
 
 Appeal From: D.N.J.,
 Ackerman, J.,
 
 725 F.Supp. 209
 
 1
 AFFIRMED.